# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2008

133814

HURLEY MEDICAL CENTER,
        Petitioner-Appellant,

v

KIMBERLY THAMES and STATE OF
MICHIGAN DEPARTMENT OF LABOR
& ECONOMIC GROWTH UNEMPLOYMENT
INSURANCE AGENCY,
        Respondents-Appellees.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133814
COA: 273267
Genesee CC: 06-084151-AE

_____/

      On order of the Court, the application for leave to appeal the March 21, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2008

s0421

_____
Clerk